JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIANOOSH RAHIMI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CROSSROADS HOSPITALITY COMPANY LLC OPERATING AT: HILTON GARDEN INN HOLLYWOOD; and DOES 1 through 50, inclusive, | Case No. 2:19-cv-10661-SVW-AS<br><br>**ORDER OF DISMISSAL PURSUANT TO F.R.C.P. RULE 41 (a)(1)** |

**ORDER**

Based on the above stipulation and good cause appearing, the Court hereby orders this case dismissed with prejudice as to Plaintiff Kianoosh Rahimi's Complaint, as to all named defendants, with each party to bear their own attorneys' fees and costs.

Dated:   June 29, 2020

HON. STEPHEN V. WILSON
United States District Judge